David Ali Chami (SBN 027585)
**PRICE LAW GROUP, APC**
1204 E. Baseline Road Suite 102
Tempe, AZ 85283
T: (818) 907-2030
Fax: (818) 205-2730
David@pricelawgroup.com

Attorneys for Plaintiff,
VERONICA BRIZUELA

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| VERONICA BRIZUELA<br><br>Plaintiff,<br><br>vs.<br><br>GC SERVICES, LP; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:12-cv-02047-SLG<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff, VERONICA BRIZUELA, by and though her attorney, informs this Honorable Court that Plaintiff has settled her case with Defendant, GC SERVICES, LP; and DOES 1 through 10, inclusive. The parties are in the process of finalizing settlement, and Plaintiff anticipates the settlement will be finalized in 40 days. Plaintiff respectfully requests that this Honorable Court vacate all dates

currently set on calendar for this case.

DATED:
November 21, 2012

RESPECTFULLY SUBMITTED,
**PRICE LAW GROUP APC**

By:/s/ David Ali Chami
David Ali Chami
Attorney for Plaintiff