David Ali Chami (SBN 027585)
**PRICE LAW GROUP, APC**
1204 E. Baseline Road Suite 102
Tempe, AZ 85283
T: (818) 907-2030
Fax: (818) 205-2730
David@pricelawgroup.com

Attorneys for Plaintiff,
VERONICA BRIZUELA

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| VERONICA BRIZUELA<br><br>Plaintiff,<br><br>vs.<br><br>GC SERVICES, LP; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:12-cv-02047-SLG<br><br>**VOLUNTARY DISMISSAL** |

## VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to FRCP 41(a)(1), Plaintiff VERONICA BRIZUELA hereby voluntarily dismisses her claims, with prejudice, against Defendants GC SERVICES LIMITED PARTNERSHIP; and DOES 1 through 10, inclusive.

///

- 2 -

DATED:
December 19, 2012

RESPECTFULLY SUBMITTED,
**PRICE LAW GROUP APC**

By:/s/ David Ali Chami
David Ali Chami
Attorney for Plaintiff